No. 87–5710. POWELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 87–5711. TAYLOR v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 87–5718. MINER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 87–5720. MEREDITH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 87–5727. AYARZA-GARCIA ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–5740. COOPER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 87–5741. JONES ET AL. v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 87–5749. SALAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–5756. JONES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–5759. GIRALDO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 87–5763. HAZELTINE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 87–5780. GIFFORD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–571. CITY OF LONG BEACH ET AL. v. EXXON CORP. ET AL. Temp. Emerg. Ct. App. Petition for writ of certiorari, mandamus, and prohibition denied.

No. 87–5105. HARPER, A MINOR, BY HER MOTHER AND NEXT FRIEND, HARPER v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 5th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.